UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERWIN SCOTT MCMILLAN,

       Petitioner,                        Case No.  11-10390

v.                                         HONORABLE AVERN COHN

RAYMOND BOOKER,

       Respondent.
_____/

## **JUDGMENT**

For the reasons stated in the Order entered and filed on this date, petitioner's Application for Writ of Habeas Corpus is DENIED and judgment is entered in favor of the respondent.

                                                              DAVID WEAVER

Dated: January 3, 2012                By: s/Julie Owens
                                                      Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Sherwin McMillan 201615, Kinross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, MI 49788 and the attorneys of record on this date, January 3, 2012, by electronic and/or ordinary mail.

                                                           S/Julie Owens
                                                           Case Manager, (313) 234-5160