UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERWIN SCOTT MCMILLAN,

        Petitioner,

v.

JEFFREY WOODS,

        Respondent.
_____/

Case No. 11-10390

HONORABLE AVERN COHN

## **AMENDED JUDGMENT**[1]

For the reasons stated in the Order entered and filed on January 03, 2012, petitioner's Application for Writ of Habeas Corpus is DENIED and judgment is entered in favor of the respondent.

Dated: January 30, 2012

DAVID WEAVER
By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Sherwin McMillan 201615, Kinross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, MI 49788 and the attorneys of record on this date, January 30, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160

---

[1] Amended to correct the caption. The named respondent should be Jeffrey Woods not Raymond Booker.